IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**CHOICE HOTELS INTERNATIONAL, INC.,**
a Delaware corporation,
1 Choice Hotels Circle, Suite 400
Rockville, MD 20850

      Plaintiff

v.

Case No.: _____

**HINES MOTEL PARTNERS, LLC**
an Oregon limited liability company
SERVE: Sukhmander S. Gill, Registered Agent
        504 N. Highway 20
        Hines, OR 97738

      and

**NAVJOT MUSHIANA**
7927 Faldo Court
Sacramento, CA 95829

      and

**JAGMEET GILL**
1430 E. Andy Devine Avenue
Kingman, AZ 84601

      Defendants

### APPLICATION TO CONFIRM ARBITRATION AWARD

Plaintiff Choice Hotels International, Inc. ("Choice"), through undersigned counsel, hereby moves this Honorable Court for an order confirming the arbitration award entered in favor of Choice and against defendants Hines Motel Partners, LLC, Navjot Mushiana, and Jagmeet Gill ("Defendants"), jointly and severally. In support of that motion, Choice states as follows:

    1.    Choice filed a claim against Defendants with American Arbitration Association

("AAA"), Case Number 16 114 00274 12.

2.  The arbitration award, dated June, 11, 2013, is attached hereto as **Exhibit 1** (the "Award"). The Award disposed of all claims and awarded Choice the sum of $131,948.90 ($98,539.41 in liquidated damages, $19,765.41 in unpaid franchise and related fees, $10,694.08 in accrued interest, $1,100.00 for arbitrator compensation and $1,850.00 for arbitration fees and expenses). Attached as **Exhibit 2** is a copy of the section of the parties' franchise agreement that provides for arbitration.

WHEREFORE, in light of the foregoing and the attached, Choice Hotels International, Inc. respectfully requests that the Award attached hereto be confirmed, and that judgment be entered in favor of plaintiff Choice Hotels International, Inc. and against defendants Hines Motel Partners, LLC, Navjot Mushiana, and Jagmeet Gill, jointly and severally, in the amount of $131,948.90, plus post-judgment interest until paid.

> Respectfully submitted,
>
> CHOICE HOTELS INTERNATIONAL, INC.
>
> By: _____
> Zachary E. Berge, Esq.
> 1 Choice Hotels Circle, Suite 400
> Rockville, MD  20850
> (301) 628-5854
> *Counsel for Choice Hotels International, Inc.*

## GROUNDS AND AUTHORITIES IN SUPPORT OF APPLICATION TO CONFIRM ARBITRATION AWARD

1. United States Arbitration Act, 9 U.S.C. Sections 9, 13;

2. The documents referenced herein and attached hereto.

_____
Zachary E. Berge